IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

163240

Jimmie Bozeman
_____
Full name and prison number
of plaintiff(s)

v.

Joseph Hoyle
Veronica Baldwin
Ruga Bennett
Warden Boyd
Lt. Barns
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2006 DEC 20 A 9:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:06CV1124-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Jimmie Bozeman
            Richard Bracy 111319
            Defendant(s) Joseph Hoyle
            Veronica Baldwin

        2.  Court (if federal court, name the district; if
            state court, name the county) Montgomery

3. Docket number CC-2003-4969479

4. Name of judge to whom case was assigned J. William Gore

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit 11-2-06

7. Approximate date of disposition 9-28-06

II. PLACE OF PRESENT CONFINEMENT Bullock County Correctional

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Dorm 4 Bed-30 Bullock County Prison

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Joseph Hoyle | |
| 2. | Veronica Boldwin | |
| 3. | Ruga Bennett | |
| 4. | Henry Perkins | |
| 5. | Warden Boyd | |
| 6. | Captin Nettles | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4-28-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I fix shoes that's my Hustle

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

Richard Bracy
Jimmie Bozeman
I am not responsible for my actions I get out of control at times

**GROUND TWO:** I have a quick temper I say things without thinking

**SUPPORTING FACTS:** My family knows all about it I have a mental illness I also have bad nervous condision I shake a lot I have my family behind

**GROUND THREE:** me one hundRed peRcent all the way

**SUPPORTING FACTS:** my mother supports me all the way, I was born like this every sence I was a little baby my sisters know all about me, call 956-2931

Diane Bozeman
Violet Bozeman
Dyrenda Bozeman
Eloise Bozeman

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Suspend for 8 weeks without pay or suspend for 9 weeks without pay

*Timmie Bozeman*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-2-06
(Date)

*Timmie Bozeman*
Signature of plaintiff(s)

4