IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163240, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1124-MEF |
| | ) |
| JOSEPH HOYLE, COI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 9, 2007 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case be DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE